Plaintiff: Sheng Shenxia
Defendant: New York City Department of Homeless Services

Complaint

1.    Plaintiff Sheng Shenxia is a resident of New York City, living at 52 William St, Room 706, New York, NY 10005. The plaintiff resides with his wife and two children, aged seven and one, in an accommodation comprising one doorway, one room, one living area, and one bathroom.

2.    Defendant is a department of the New York City government responsible for providing services to homeless individuals. The defendant's address is 150 Greenwich Street, New York, NY 10007.

3.    On the evening of January 4, 2024, at around 9 PM, four employees of the defendant unlawfully entered the plaintiff's residence without identifying themselves and without the consent of the plaintiff's wife, despite her explicit refusal.

4.    The defendant's employees conducted a search within the plaintiff's dwelling and took possession of the plaintiff's property.

5.    The plaintiff's wife and children reported feeling very frightened.

6.    Upon discovering the defendant's actions, the plaintiff immediately dialed 911 to report the incident to the police.

7.    The police arrived at the plaintiff's residence but stated that since it is government property, the defendant has the freedom to enter and exit as they please.

8.    The actions of the defendant violate the Fourth Amendment of the United States Constitution, which protects citizens from illegal searches and seizures of their personal property.

9.    Following the defendant's unlawful entry into the plaintiff's residence, for over ten days, whether the plaintiff was at home or not, the defendant's employees repeatedly entered the plaintiff's dwelling and rummaged through it.

10.  The courthouse having jurisdiction over the plaintiff's residence is the Thurgood Marshall United States Courthouse.

Therefore, the plaintiff Sheng Shenxia requests that the court order:

•    The defendant, New York City Department of Homeless Services, to compensate the plaintiff Sheng Shenxia for damages, including but not limited to the loss of the plaintiff's property and the emotional distress of the plaintiff's wife and children;

•    A prohibition against the defendant, New York City Department of Homeless Services, from any further unlawful entry into the plaintiff Sheng Shenxia's residence;

•    A declaratory judgment affirming that the actions of the defendant, New York City Department of Homeless Services, violated the Fourth Amendment of the United States Constitution.

The plaintiff Sheng Shenxia hereby declares that this lawsuit is brought in good faith, and the plaintiff is willing to accept the judgment of the court.

Plaintiff: Sheng Shenxia
Date: 07/01/ 2024