UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENG SHENXIA,<br><br>                              Plaintiff,<br><br>        -against-<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | 1:24-cv-05082 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend its pleading once without leave of court up to 21 days after service. *See* Fed. R. Civ. P. 15(a)(1)(A). Plaintiff's request for leave to amend was filed on November 6, 2024. ECF No. 10. This date was less than 21 days after service, so Plaintiff is hereby **GRANTED** leave to amend the complaint. Plaintiff shall file the amended complaint on or before **January 31, 2025.**

**SO ORDERED.**

**Dated:  December 2, 2024**
           New York, New York

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**

1