UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENG SHENXIA, <br><br> Plaintiff, <br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 1:24-cv-05082 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendant City, enjoining it and its agency, Department of Homelessness Services, from "conducting warrantless and nonconsensual searches of private shelter rooms" and ordering it to revoke the administrative rules and other policies permitting such searches. ECF No. 30. The TRO is hereby **DENIED**.

Defendant City is **ORDERED** to file its response to Plaintiff's request for a Preliminary Injunction by **July 16, 2025**. Plaintiff may file a reply on or before **July 30, 2025**.

In addition to the motion for injunctive relief, Plaintiff filed requests to amend his complaint and compel production. *See* ECF Nos. 31, 32. Defendant City is **ORDERED** to file a response to these requests by **July 16, 2025** as well.

**SO ORDERED.**

Dated:   June 25, 2025
         New York, New York

ANDREW L. CARTER, JR.
United States District Judge