UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG SHENXIA,

                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                      Defendants.

1:24-cv-05082 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 13, 2025, Plaintiff filed a motion with this Court requesting an order granting an exemption from paying the fees associated with the Public Access to Court Electronic Records (PACER) system. The Court directs Plaintiff to fill out the following form: Motion for Permission for Electronic Case Filing (for pro se cases) | U.S District Court.

**SO ORDERED.**

**Dated:** **October 21, 2025**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**