UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG SHENXIA,

                             Plaintiff,        1:24-cv-05082 (ALC)

    -against-

                                           ORDER

CITY OF NEW YORK, et al.,

                            Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff, who is appearing *pro se,* brings this action against Defendants the City of New York ("the City") and others, alleging that they violated his Fourth Amendment rights. By Order dated July 10, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 5. On October 23, 2024, the Court issued an Order of Service. ECF No. 8. On December 11, 2024, the Court granted Plaintiff's request to amend the complaint. ECF No. 11. Plaintiff filed additional requests to amend the complaint at ECF Nos. 10 and 18. By Order dated March 10, 2025, the Court granted Plaintiff leave to file an amended complaint to include new claims and defendants.

      Now before the Court are several additional motions from Plaintiff. These motions include a letter motion for leave to further amend the Complaint to include additional plaintiffs (ECF No. 31); a Motion to Compel (ECF No. 32); a renewed Motion for Sanctions (ECF No. 34); a second Motion for Sanctions that also requests disciplinary investigation into Defendants and the appointment of *pro bono* counsel; a letter motion requesting the immediate issuance of FHEPS Assistance, and that the Court compel the production of certain documents and sanction Defendants for certain alleged constitutional violations (ECF No. 35); a letter motion requesting that the Court accept Plaintiff's late filing (ECF No. 39); a letter motion requesting an amended Order of Service (ECF No. 45); and a letter motion from Plaintiff requesting a pre-trial determination of Defendants' alleged violation of constitutional rights and a referral of Defendants' alleged criminal misconduct to the Manhattan District Attorney's Office. (ECF No. 44). The Court resolves each of these requests in turn.

      Plaintiff's request for leave to further amend his Complaint is **GRANTED**. In what will be the Second Amended Complaint, Plaintiff shall include all new plaintiffs, defendants, and additional claims he may have. Plaintiff shall file his amended Complaint by **November 19, 2025**. Because Plaintiff will be filing an amended

Complaint that may include additional parties and claims, Plaintiff's requests for an amended Order of Service (ECF No. 45) and pre-trial determination of Defendants' alleged violation of Plaintiff's constitutional rights (ECF No. 44) are **DENIED**.[1] Plaintiff may renew their requests after the Second Amended Complaint has been filed.

In addition, Plaintiff's requests that the Court compel the production of documents (ECF Nos. 32 and 35) are **DENIED**. Plaintiff's requests to compel the production of documents are procedurally improper at this stage in the case because discovery has not yet begun. However, the Court will **GRANT** ECF No. 39, which it construes as a letter motion from Plaintiff requesting that the Court accept Plaintiff's untimely Reply to Defendant City's Opposition to Plaintiff's (1) request for a preliminary injunction, (2) request to amend his Complaint, and (3) request to compel production. (ECF No. 38).

Finally, for the reasons stated in this Court's Order dated March 10, 2025 at ECF No. 25, Plaintiff's motions (ECF Nos. 34 and 36) requesting sanctions against Defendants are **DENIED**, along with his request for a disciplinary investigation. Further, Plaintiff is not entitled to a court-appointed attorney in a civil case. 28 U.S.C. § 1915(e)(1)). Accordingly, Plaintiff's request for the appointment of *pro bono* counsel (ECF No. 36) is also **DENIED**.

Separately, the Court hereby sets the following briefing schedule for the portion of Plaintiff's Motion at ECF No. 35 requesting that the Court issue an Order requiring Defendants to provide FHEPS Assistance, and to find Defendants in violation of the Fourteenth Amendment and 42 U.S.C. §1983.

- Defendants are **ORDERED** to file their response on or before **November 7, 2025.**
- Plaintiff may file a reply on or before **November 21, 2025**.

To be clear, as outlined above and for the reasons stated above, the portion of Plaintiff's letter requesting that the Court issue an Order compelling the production of certain documents is **DENIED** and Defendants need not respond to that portion of Plaintiff's letter.[2]

---

[1] Also, Plaintiff should note that this is a civil suit, and this Court does not have the authority to require that other agencies prosecute criminal misconduct. If the Court decides, after reviewing all of the evidence and arguments from both parties, that it is possible some criminal misconduct has occurred, it may refer this matter for investigation. However, such a decision is entirely within the Court's discretion and is not mandatory. Plaintiff's request for an order referring any alleged criminal misconduct to the Manhattan District Attorney's Office is thus **DENIED**.

[2] Plaintiff is also reminded that Chambers cannot provide legal advice. If Plaintiff needs assistance with procedural questions, he may contact the Pro Se Office at (212) 805-0175, or 500 Pearl Street, Room 205, New York, New York 10007.

The Court will issue a separate Order addressing the outstanding letter motions regarding the preliminary injunction. The Court certifies under 28 U.S.C. § 1925(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is respectfully directed to: (1) terminate ECF Nos. 31, 32, 34, 36, 39, 44, and 45, and (2) mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Dated:**     **October 24, 2025**
              **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**