USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHENG SHENXIA,**

                                     **Plaintiff,**

                  **-against-**

**CITY OF NEW YORK,**

                                     **Defendant.**

**1:24-cv-05082 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 19, 2025, Plaintiff, who is appearing *pro se*, field an emergency motion for immediate school bus transportation and immediate completion of the IEP evaluation. ECF No. 51. On December 5, 2025, Plaintiff filed a motion to provide services and motion involving child confidentiality. ECF No. 56. Defendant is ordered to respond to these motions by December 22, 2025.

**SO ORDERED.**

**Dated:  December 8, 2025**
        **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**