USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/23/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHENG SHENXIA,

                            **Plaintiff,**

        **-against-**

CITY OF NEW YORK,

                          **Defendant.**

**1:24-cv-05082 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 19, 2025, Plaintiff, who is appearing *pro se*, filed a third amended complaint. ECF No. 59. On December 22, 2025, Plaintiff filed a motion requesting an extension of time to filed another amended complaint, stating the third amended complaint filed at ECF No. 59 was rushed and has deficiencies.  ECF NO. 61. Defendants are ordered to respond to Plaintiff's request and indicate their position by **January 1, 2026**.

**SO ORDERED.**

**Dated:  December 23, 2025**
      **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**