USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHENG SHENXIA,

                      **Plaintiff,**

    **-against-**

CITY OF NEW YORK,

                      **Defendant.**

**1:24-cv-05082 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 30, 2026, Plaintiff filed a motion for clarification or limited reconsideration.

*See* ECF No. 77. Defendant is ordered to respond by **April 28, 2026.**

**SO ORDERED.**

**Dated: April 14, 2026**
    **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**