**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHENG SHENXIA,**

**Plaintiff,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

**1:24-cv-05082 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 19, 2025, Plaintiff, who is appearing *pro se*, filed an emergency motion for a temporary restraining order, order to show cause, preliminary injunction, and order directing New York to immediately restore safe electrical service, ensure safe cooling, and provide emergency safe housing placement. *See* ECF No. 92. Plaintiff's request for a temporary restraining order is hereby **DENIED.** Defendants are ordered to respond to Plaintiff's request for preliminary injunctive relief and indicate their position by **July 10, 2026.**

**SO ORDERED.**

**Dated: July 7, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**