**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHENG SHENXIA,<br>Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br>Defendants. | Case No. 1:24-cv-05082 (ALC) |

## NOTICE OF MOTION TO ENFORCE THE IDEA STAY-PUT PROVISION

PLEASE TAKE NOTICE that Plaintiff Sheng Shenxia, proceeding pro se and in his individual capacity, respectfully moves this Court pursuant to 20 U.S.C. § 1415(j), Federal Rule of Civil Procedure 65, and the Court's equitable authority, upon the accompanying Declaration, Memorandum of Law, exhibits, and the record in this action, for an Order:

1. Declaring that J.X.'s Individualized Education Program dated June 2, 2026—including individual Mandarin speech-language therapy twice weekly for thirty minutes during July and August—constitutes J.X.'s then-current educational placement during the pendency of the IDEA administrative proceedings;
2. Directing Defendants, and all officers, agents, employees, and persons acting in active concert or participation with them who are bound by Federal Rule of Civil Procedure 65(d)(2), to confirm in writing within two business days the qualified provider, weekly service schedule, and service location, and to commence the mandated services no later than the third business day and continue them throughout the pendency of the IDEA proceedings;
3. Awarding an equivalent thirty-minute compensatory-education session for each pendency service not delivered since July 1, 2026, without offset against any separate Related Service Authorization, compensatory-service authorization, or compensatory award;
4. Requiring Defendants to provide, in English and Simplified Chinese, the written notices necessary to arrange and implement the services, and to provide Mandarin interpretation necessary for meaningful parental participation in the related IDEA proceedings;
5. Waiving security pursuant to Federal Rule of Civil Procedure 65(c); and
6. Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 22, 2026

Respectfully submitted,

/s/ Sheng Shenxia
Sheng Shenxia
Plaintiff Pro Se
Address on File: New York, NY 10002
Telephone: (929) 866-2533
Email: c81510668@gmail.com

Plaintiff's request for relief is **DENIED** as the request is not related to the subject-matter of this action. The Clerk of Court is respectfully directed to terminate the pending gavel at ECF No. 99.

SO ORDERED:

August 7, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE